IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHRISTOPHER BURTON, # 16027515, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:17-CV-1624-G (BH) |
| ) | |
| VERNON STATE HOSPITAL, ) | |
| ) | |
| Defendant. ) | Referred to U.S. Magistrate Judge |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the findings and conclusions of the Magistrate Judge are correct and they are accepted as the findings and conclusions of the court. The plaintiff's motion for preliminary injunction, received June 20, 2017 (docket entry 3), is denied. By separate judgment, the plaintiff's claims will be dismissed without prejudice for lack of subject matter jurisdiction.

SO ORDERED.

March 1, 2018.

_____
**A. JOE FISH**
**Senior United States District Judge**